UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BILL LIETZKE,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF MONTGOMERY, *et al.*,<br><br>  Defendants. | Case No. C17-1317-JLR<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND GRANTING LEAVE TO AMEND |

Plaintiff, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 4. Plaintiff initially filed the incorrect IFP form, Dkt. 1, and was advised by the Clerk of the Court that he needed to submit the proper form approved for use in this district, Dkt. 2. After careful consideration of plaintiff's IFP application, proposed complaint, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP, Dkt. 4, is DENIED. Plaintiff's application is deficient as he failed to sign the declaration/application. Dkt. 4 at 2.

(2) Plaintiff is GRANTED LEAVE TO AMEND, and shall have **30 days** from the date of this Order to correct the deficiency. Plaintiff is advised that this case may be subject to dismissal if he does not respond to this Order or fails to correct the deficiency.

//

ORDER
PAGE - 1

1    (3) The Clerk is directed to send a copy of this Order to the plaintiff, and to the
2 Honorable James L. Robart.
3    DATED this 21st day of September, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge