# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BILL LIETZKE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MONTGOMERY, et al., <br><br> Defendants. | CASE NO. C17-1317-JLR <br><br> ORDER ON REVIEW OF MOTION TO RECUSE |

On October 4, 2017, Plaintiff Bill Lietzke filed an apparent proposed order in this matter. *See* Dkt. #6. The Court interpreted Mr. Lietzke's filing as seeking in part the recusal of Judge James L. Robart. Dkt #8. Judge Robart has declined to recuse himself and, in accordance with this Court's Local Rules, referred that decision to the Chief Judge for review. *Id.*; LCR 3(e).

A judge of the United States shall disqualify himself in any proceeding in which his impartiality "might reasonably be questioned." Federal judges also shall disqualify themselves in circumstances where they have a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(b)(1). Mr. Lietzke's proposed order provides no allegations, let alone evidence, of bias or prejudice against him on the part of the Court. *See* Dkt. #6. Nor does Mr. Lietzke cite to any proper basis in statute or case law for recusal. In the absence of any allegations that Judge Robart "has a personal bias

or prejudice either against [Mr. Lietzke] or in favor of any adverse party" (28 U.S.C. § 144), served as a lawyer in this controversy while in private practice (*id.*, § 145), or has a financial interest in the litigation (*id.*), there is no basis for recusal and Judge Robart was justified in declining to do so.

Accordingly, the Court hereby finds and ORDERS that Judge Robart's refusal to recuse himself from this matter is AFFIRMED and Mr. Lietkze's motion (Dkt. #6) is DENIED. The Clerk shall provide a copy of this Order to Mr. Lietzke.

DATED this 23 day of October, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE