UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BILL LIETZKE,

           Plaintiff,

   v.

CITY OF MONTGOMERY, et al.,

           Defendants.

Case No. C17-1317-JLR

REPORT AND RECOMMENDATION

Plaintiff Bill Lietzke is proceeding *pro se* in the above-entitled action. Plaintiff initially filed a motion to proceed *in forma pauperis* ("IFP") that failed to comply with the local rules, because he submitted an IFP form that was not approved for use in this district. Dkt. 1. The Clerk of the Court notified plaintiff of this deficiency, and provided him with the correct IFP form. Dkt. 2. Plaintiff timely submitted the correct IFP form on September 15, 2017, but he failed to sign the declaration/application. Dkt. 4. By Order dated September 17, 2017, the undersigned denied plaintiff's IFP application and granted him thirty (30) days to correct the deficiency. Dkt. 5. Plaintiff was also advised that failure to comply with this directive may result in denial of the application to proceed IFP and/or dismissal of this matter. *Id.*

REPORT AND RECOMMENDATION - 1

To date, however, plaintiff has failed to submit a properly completed IFP form or attempt to correct the deficiency. In addition, the deadline for plaintiff to correct and resubmit his IFP application has passed. Accordingly, the Court recommends that plaintiff's proposed complaint, Dkt. 1-1, be DISMISSED without prejudice for failure to pay the filing fee or submit an adequate IFP application. A proposed order accompanies the Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **November 14, 2017**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 20, 2017**.

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

DATED this 24th day of October, 2017.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2