UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BILL LIETZKE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF MONTGOMERY, et al.,<br><br>　　　　　　Defendants. | NO. C17-1317-JLR<br><br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1)　　The Report and Recommendation is ADOPTED and APPROVED;

(2)　　This action is DISMISSED without prejudice;

(3)　　The Clerk of the Court is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 20th day of Nov., 2017.

　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1